## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thomas, Lisa L | Case Number:  07 B 00392 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/9/07 | Filed:  1/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 27, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,280.00 | |
| Secured: | | 1,423.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 737.88 |
| Trustee Fee: | | 118.62 |
| Other Funds: | | 0.00 |
| Totals: | 2,280.00 | 2,280.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,499.00 | 737.88 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Commonwealth Edison | Secured | 100.00 | 0.00 |
| 4. | NorthStar Credit Union | Secured | 14,285.00 | 1,423.50 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 2,475.00 | 0.00 |
| 6. | AAA Checkmate LLC | Unsecured | 349.79 | 0.00 |
| 7. | NorthStar Credit Union | Unsecured | 406.03 | 0.00 |
| 8. | Cash Loans Today | Unsecured | 622.06 | 0.00 |
| 9. | Personal Finance Company | Unsecured | 786.27 | 0.00 |
| 10. | Village Of Lynwood | Unsecured | 163.92 | 0.00 |
| 11. | Advance Til Payday | Unsecured | 174.63 | 0.00 |
| 12. | Nicor Gas | Secured | | No Claim Filed |
| 13. | A All Financial | Unsecured | | No Claim Filed |
| 14. | Encore | Unsecured | | No Claim Filed |
| 15. | Advocate Health Care | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Cb Usa Inc | Unsecured | | No Claim Filed |
| 18. | Chase Manhattan | Unsecured | | No Claim Filed |
| 19. | Cbe Group | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 22. | Card Protection Association | Unsecured | | No Claim Filed |
| 23. | Hsbc Nv | Unsecured | | No Claim Filed |
| 24. | Long Beach Acceptance Corp | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Lisa L

Printed:  10/9/07

Case Number:  07 B 00392

Judge:  Hollis, Pamela S

Filed:  1/10/07

| | | | |
|---|---|---|---|
| 26. | MCI Worldcom | Unsecured | No Claim Filed |
| 27. | I C Systems Inc | Unsecured | No Claim Filed |
| 28. | Millenium Credit Consultants | Unsecured | No Claim Filed |
| 29. | Metropolitan Telecom | Unsecured | No Claim Filed |
| 30. | Riscuity | Unsecured | No Claim Filed |
| 31. | Sonic Payday | Unsecured | No Claim Filed |
| 32. | Rosa Galvan Silva | Unsecured | No Claim Filed |
| 33. | USA Payday Loans | Unsecured | No Claim Filed |
| 34. | Surety Finance | Unsecured | No Claim Filed |
| 35. | WECO Credit Union | Unsecured | No Claim Filed |
| 36. | Music Education Services | Unsecured | No Claim Filed |
| 37. | Sears Family Dental | Unsecured | No Claim Filed |

$ 21,861.70                    $ 2,161.38

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 36.00 |
| 5.4% | 82.62 |
| | $ 118.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_